UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERPIECE PAINTING, INC., et al.,<br><br>Defendants. | Case No. 22-cv-06540-HSG   (LJC)<br><br>**ORDER SETTING HEARING DATE FOR PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' Motion for Default Judgment has been referred to Magistrate Judge Lisa J. Cisneros for a Report and Recommendation. The Court sets the hearing date on the Motion for July 18, 2023, at 10:00 A.M. via Zoom videoconferencing. The Zoom access information is located at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: June 6, 2023

LISA J. CISNEROS
United States Magistrate Judge