EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Matthew P. Minser (SBN 296344); Luz E. Mendoza (SBN 303387) | |
| FIRM NAME: SALTZMAN & JOHNSON LAW CORPORATION | |
| STREET ADDRESS: 5100-B1 Clayton Road, Suite 373 | |
| CITY: Concord  STATE: CA  ZIP CODE: 94521 | |
| TELEPHONE NO.: (510) 906-4710  FAX NO.: | |
| EMAIL ADDRESS: mminser@silawcorp.com / lmendoza@silawcorp.com | |
| ATTORNEY FOR (name): | |
| [X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**USDC Northern District of California**
- STREET ADDRESS: 1301 Clay Street
- MAILING ADDRESS: 1301 Clay Street
- CITY AND ZIP CODE: Oakland, 94612
- BRANCH NAME: Northern District of California, Oakland Courthouse

PLAINTIFF/PETITIONER: DC16 Northern California Health & Welfare Trust Fund, et al.
DEFENDANT/RESPONDENT: Masterpiece Painting, Inc., et al.

CASE NUMBER: 4:22-cv-06540 HSG

**WRIT OF**
- [X] EXECUTION (Money Judgment)
- [ ] POSSESSION OF  [ ] Personal Property  [ ] Real Property
- [ ] SALE

- [ ] Limited Civil Case (including Small Claims)
- [X] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** USDC, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): District Council 16 Northern California Health & Welfare Trust Fund, et al.
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Masterpiece Painting, Inc.
   3542 Fruitvale Ave. #120
   Oakland, CA 94602

   [X] Additional judgment debtors on next page

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.

For items 11–17, see form MC-012 and form MC-013-INFO.

11. Total judgment (as entered or renewed) $ 28,779.84
12. Costs after judgment (CCP 685.090) $
13. Subtotal (add 11 and 12) $ 28,779.84
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $ 28,779.84
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ (per GC 70626(a)(l)) $
18. **Total amount due** (add 15, 16, and 17) $ 28,779.84
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) .......... $ 3.95
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) .......... $

5. Judgment entered on (date): February 9, 2024
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 09/17/2025    Clerk, by  MARK B. BUSBY  /s/, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: District Council 16 Northern California Health & Welfare Trust Fund, et al. | CASE NUMBER: |
| Defendant/Respondent: Masterpiece Painting, Inc., et al. | C22-06540 HSG |

21. [X] Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address)*:

Terrence Johnson, individually and dba Masterpiece Painting
3906 Vale Ave.
Oakland, CA 94619-2222

22. The judgment is for *(check one)*:
   a. [ ] wages owed.
   b. [ ] child support or spousal support.
   c. [ ] other.

23. [ ] Notice of sale has been requested by *(name and address)*:

24. [ ] Joint debtor was declared bound by the judgment (CCP 989-994)
   a. on *(date)*:
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. on *(date)*:
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. [ ] Additional costs against certain joint debtors are itemized: [ ] below  [ ] on Attachment 24c.

25. [ ] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date)*:
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
      (1) [ ] The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
      (3) [ ] The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
         (a) The daily rental value on the date the complaint was filed was  $
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify)*:

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]      **WRIT OF EXECUTION**      Page 2 of 3